In the Matter of the Petition of HERBERT E. SISSON, as State Commissioner of Excise, Respondent, for Revocation of Liquor Tax Certificate Issued to WLADYSLAW WISNIEWSKI, Appellant.

*Matter of Sisson* (*Wisniewski*), 177 App. Div. 947, affirmed.
(Argued April 20, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1917, which reversed an order of Special Term dismissing a petition for the revocation of a liquor tax certificate and granted the application. The proceeding was commenced to revoke the certificate on the ground that material false statements were made in the application for the certificate concerning consents of dwelling owners within the 300 feet prohibited distance. A sufficient number of consents of dwelling owners as required by the Liquor Tax Law were on file at the time of the issuing of the certificate but they were filed at two different times and were not all filed simultaneously with the issuing of a liquor tax certificate. The questions were whether the consents filed at two different times but which remained on file unrevoked were sufficient, and if not whether petitioner was not estopped from raising that question by reason of the fact that the same were accepted as valid and legal consents and duly acted on by the transfer and issuing of the liquor tax certificate by the certificate-issuing officer with full knowledge of the facts.

*Walter Welch* for appellant.

*H. B. Chase* and *Harry D. Sanders* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.